## (January 19, 1971)

In the Matter of the Claim of WILLIAM 'STONE, Respondent, v. ALCO PRODUCTS, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NEAL BUTTS, Petitioner, v. JOSEPH P. CONBOY, as Superintendent of Great Meadow Correctional Facility, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.